IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WILLANA G. TURNER, | |
| Plaintiff, | |
| vs. | No. **13-CV-730-JHP-PJC** |
| THE CITY OF TULSA, STATE OF OKLAHOMA, | |
| Defendant. | |

# **JUDGMENT**

Pursuant to the Defendant's Motion to Dismiss which was granted the 12th day of November, 2014, the Court enters judgment for defendant, The City of Tulsa, State of Oklahoma, and against the plaintiff, Willana G. Turner.

**IT IS SO ORDERED** this 12th of November, 2014.

James H. Payne
United States District Judge
Northern District of Oklahoma